**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **VALLEY CHILI PROPERTIES, LLC**<br>**PLAINTIFF**<br><br>**V.**<br><br>**TRUIST BANK**<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 3:23-CV-00420-KC** |

**EXHIBIT 1**

**DECLARATION OF DAVID M. CLEM**

My name is David M. Clem. I submit this declaration pursuant to 28 U.S. Code § 1746. I am over the age of 18 and am fully qualified and competent to make this declaration. I have personal knowledge of these facts.

I am a partner with the law firm of Johnston Clem Gifford PLLC, which is counsel of record for Truist Bank in this matter. In that role, I am one of the custodians of records for litigation matters handled by the firm. The records I identify in this declaration are kept by the firm in the regular course of business. The records were made by a person with knowledge of the act, event, condition, or opinion recorded. The records were made at or near the time, or reasonably soon after, the act, event, condition, or opinion was made. The records identified in this declaration are exact duplicates of the originals.

**Exhibit 1-A** is an email exchange between me and counsel for Valley Chili.

**Exhibit 1-B** is an email exchange between me and counsel for Valley Chili. The "Request for Production to Defendant Truist Bank," which is part of Exhibit 1-B, was attached to the first email in that exhibit, sent by Ms. Moss to me on November 30, 2023 at 5:32pm.

**Exhibit 1-C** is an email exchange between me and counsel for Valley Chili.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19, 2023.

David M. Clem

**David M. Clem**



EXHIBIT 1