## David Clem

**From:** David Clem
**Sent:** Tuesday, November 28, 2023 10:33 AM
**To:** Robert R. Feuille
**Cc:** W. David Bernard
**Subject:** RE: Valley Chili v. Truist Bank; Case No. 3:23-cv-00420

Robert—good morning. Looking back at the file today, I notice you haven't yet completed service of process on the bank. I can accept/waive service on behalf of the bank—if you'll prepare the form, please send it to me so I can sign & you can file. Thanks.

David

David M Clem | Partner
Johnston Clem Gifford PLLC
Direct 972 474 1717 Mobile 972 465 0181

---

**From:** David Clem
**Sent:** Wednesday, November 22, 2023 10:47 AM
**To:** Robert R. Feuille <Bfeu@scotthulse.com>
**Cc:** W. David Bernard <Dber@scotthulse.com>
**Subject:** RE: Valley Chili v. Truist Bank; Case No. 3:23-cv-00420

No sir. We believe injunctive relief is inappropriate. Let's talk on Monday morning; I'll be there a little early. I haven't been to this courthouse before so I'm looking forward to it.

David

David M Clem | Partner
Johnston Clem Gifford PLLC
Direct 972 474 1717 Mobile 972 465 0181

---

**From:** Robert R. Feuille <Bfeu@scotthulse.com>
**Sent:** Wednesday, November 22, 2023 10:02 AM
**To:** David Clem <dclem@johnstonclem.com>
**Cc:** W. David Bernard <Dber@scotthulse.com>
**Subject:** RE: Valley Chili v. Truist Bank; Case No. 3:23-cv-00420

**External:Sent from outside Johnston Clem Gifford**

---

Does the bank have language it would agree to?

**Robert R. Feuille**
*Shareholder*
**Direct:** 915.546.8213 **Main:** 915.533.2493 **Fax:** 915.546.8333
Bfeu@ScottHulse.com | ScottHulse.com

**ScottHulse PC** | The Value of Commitment ®
One San Jacinto Plaza



EXHIBIT 1-A

201 E. Main Dr., Suite 1100, El Paso, TX 79901
*Offices in El Paso and San Antonio, Texas, and Las Cruces, New Mexico*

**CONFIDENTIALITY NOTICE**
The information contained in this ELECTRONIC MAIL transmission is confidential. It also may be protected by and subject to the attorney-client privilege or be privileged work product or proprietary information. This ELECTRONIC MAIL transmission and the information contained in or attached as a file to it are intended for the exclusive use of the addressee(s). If you are not the addressee (or one of the addressees), you are not an intended recipient; if you are not an intended recipient, you hereby are notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information are strictly prohibited.

---

**From:** David Clem <dclem@johnstonclem.com>
**Sent:** Tuesday, November 21, 2023 10:26 PM
**To:** Robert R. Feuille <Bfeu@scotthulse.com>
**Cc:** W. David Bernard <Dber@scotthulse.com>
**Subject:** RE: Valley Chili v. Truist Bank; Case No. 3:23-cv-00420

****** EXTERNAL EMAIL ******

---

Good evening Robert—the bank considered the language, but must decline. Also, "no opposition" to your motion for remote testimony, in case your motion is bounced for lack of a conference. I don't expect to present testimony on Monday, but if that changes, I hope you'd be amenable to remote appearance from my witnesses also.

David

David M Clem | Partner
Johnston Clem Gifford PLLC
Direct 972 474 1717 Mobile 972 465 0181

---

**From:** Robert R. Feuille <Bfeu@scotthulse.com>
**Sent:** Tuesday, November 21, 2023 5:12 PM
**To:** David Clem <dclem@johnstonclem.com>
**Cc:** W. David Bernard <Dber@scotthulse.com>
**Subject:** FW: Valley Chili v. Truist Bank; Case No. 3:23-cv-00420

**External:Sent from outside Johnston Clem Gifford**

---

**Robert R. Feuille**
*Shareholder*
**Direct:** 915.546.8213 **Main:** 915.533.2493 **Fax:** 915.546.8333
Bfeu@ScottHulse.com | ScottHulse.com

**ScottHulse PC** | The Value of Commitment ®
One San Jacinto Plaza
201 E. Main Dr., Suite 1100, El Paso, TX 79901
*Offices in El Paso and San Antonio, Texas, and Las Cruces, New Mexico*

**CONFIDENTIALITY NOTICE**
The information contained in this ELECTRONIC MAIL transmission is confidential. It also may be protected by and subject to the attorney-client privilege or be privileged work product or proprietary information. This ELECTRONIC MAIL transmission and the information contained in or attached as a file to it are intended for the exclusive use of the addressee(s). If you are not the addressee (or one of the addressees), you are not an intended recipient; if you are not an intended recipient, you hereby are notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information are strictly prohibited.

---

**From:** Robert R. Feuille
**Sent:** Tuesday, November 21, 2023 1:54 PM

**To:** David Clem <dclem@johnstonclem.com>
**Subject:** RE: Valley Chili v. Truist Bank; Case No. 3:23-cv-00420

In an agreed order, I'd be proposing that the guts of the Preliminary Injunction provide as shown in the attachment

**Robert R. Feuille**
*Shareholder*
**Direct:** 915.546.8213 **Main:** 915.533.2493 **Fax:** 915.546.8333
Bfeu@ScottHulse.com | ScottHulse.com

**ScottHulse PC** | The Value of Commitment ®
One San Jacinto Plaza
201 E. Main Dr., Suite 1100, El Paso, TX 79901
*Offices in El Paso and San Antonio, Texas, and Las Cruces, New Mexico*

**CONFIDENTIALITY NOTICE**
The information contained in this ELECTRONIC MAIL transmission is confidential. It also may be protected by and subject to the attorney-client privilege or be privileged work product or proprietary information. This ELECTRONIC MAIL transmission and the information contained in or attached as a file to it are intended for the exclusive use of the addressee(s). If you are not the addressee (or one of the addressees), you are not an intended recipient; if you are not an intended recipient, you hereby are notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information are strictly prohibited.

---

**From:** David Clem <dclem@johnstonclem.com>
**Sent:** Tuesday, November 21, 2023 11:25 AM
**To:** Robert R. Feuille <Bfeu@scotthulse.com>
**Cc:** W. David Bernard <Dber@scotthulse.com>; Richard Kim <rkim@johnstonclem.com>
**Subject:** RE: Valley Chili v. Truist Bank; Case No. 3:23-cv-00420

**** EXTERNAL EMAIL ****

---

Is Doc 7-1 the order that you are asking Truist to agree to?

David

David M Clem | Partner
Johnston Clem Gifford PLLC
Direct 972 474 1717 Mobile 972 465 0181

---

**From:** Robert R. Feuille <Bfeu@scotthulse.com>
**Sent:** Tuesday, November 21, 2023 12:19 PM
**To:** David Clem <dclem@johnstonclem.com>
**Cc:** W. David Bernard <Dber@scotthulse.com>; Richard Kim <rkim@johnstonclem.com>
**Subject:** RE: Valley Chili v. Truist Bank; Case No. 3:23-cv-00420

**External:Sent from outside Johnston Clem Gifford**

---

David,
After completing our research, I think our proposal is to enter an agreed preliminary injunction freezing the $5.8 million. I'm not sure what Truist gains by resisting a freeze order.

**Robert R. Feuille**
*Shareholder*
**Direct:** 915.546.8213 **Main:** 915.533.2493 **Fax:** 915.546.8333
Bfeu@ScottHulse.com | ScottHulse.com

**ScottHulse PC** | The Value of Commitment ®
One San Jacinto Plaza
201 E. Main Dr., Suite 1100, El Paso, TX 79901
*Offices in El Paso and San Antonio, Texas, and Las Cruces, New Mexico*

**CONFIDENTIALITY NOTICE**
The information contained in this ELECTRONIC MAIL transmission is confidential. It also may be protected by and subject to the attorney-client privilege or be privileged work product or proprietary information. This ELECTRONIC MAIL transmission and the information contained in or attached as a file to it are intended for the exclusive use of the addressee(s). If you are not the addressee (or one of the addressees), you are not an intended recipient; if you are not an intended recipient, you hereby are notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information are strictly prohibited.

---

**From:** David Clem <dclem@johnstonclem.com>
**Sent:** Monday, November 20, 2023 2:38 PM
**To:** Robert R. Feuille <Bfeu@scotthulse.com>
**Cc:** W. David Bernard <Dber@scotthulse.com>; Richard Kim <rkim@johnstonclem.com>
**Subject:** RE: Valley Chili v. Truist Bank; Case No. 3:23-cv-00420

****** EXTERNAL EMAIL ******

---

Robert—may I infer that your client is not interested in the compromises I suggested last week?

David

David M Clem | Partner
Johnston Clem Gifford PLLC
Direct 972 474 1717 Mobile 972 465 0181

---

**From:** David Clem
**Sent:** Friday, November 17, 2023 6:29 PM
**To:** 'Robert R. Feuille' <Bfeu@scotthulse.com>
**Cc:** W. David Bernard <Dber@scotthulse.com>; Richard Kim <rkim@johnstonclem.com>
**Subject:** RE: Valley Chili v. Truist Bank; Case No. 3:23-cv-00420

Robert—good evening. I know it's late on a Friday, but I didn't want this to slip away.

We're preparing an opposition to the application for temporary injunction, so we can meet the court's Nov 22 deadline. (I know your deadline is Monday the 20th). If there is an opportunity to avoid the briefing and the Nov 27 hearing, let's look for it. Let us hear your response to the suggestions below.

Thanks,
David

David M Clem | Partner
Johnston Clem Gifford PLLC
Direct 972 474 1717 Mobile 972 465 0181

---

**From:** Robert R. Feuille <Bfeu@scotthulse.com>
**Sent:** Thursday, November 16, 2023 10:45 AM
**To:** David Clem <dclem@johnstonclem.com>
**Cc:** W. David Bernard <Dber@scotthulse.com>; Richard Kim <rkim@johnstonclem.com>
**Subject:** RE: Valley Chili v. Truist Bank; Case No. 3:23-cv-00420

**External:Sent from outside Johnston Clem Gifford**

David,
Thank you. I'm tied up all morning. I will get back to you all.

**Robert R. Feuille**
*Shareholder*
**Direct:** 915.546.8213 **Main:** 915.533.2493 **Fax:** 915.546.8333
Bfeu@ScottHulse.com | ScottHulse.com

**ScottHulse PC** | The Value of Commitment ®
One San Jacinto Plaza
201 E. Main Dr., Suite 1100, El Paso, TX 79901
*Offices in El Paso and San Antonio, Texas, and Las Cruces, New Mexico*

**CONFIDENTIALITY NOTICE**
The information contained in this ELECTRONIC MAIL transmission is confidential. It also may be protected by and subject to the attorney-client privilege or be privileged work product or proprietary information. This ELECTRONIC MAIL transmission and the information contained in or attached as a file to it are intended for the exclusive use of the addressee(s). If you are not the addressee (or one of the addressees), you are not an intended recipient; if you are not an intended recipient, you hereby are notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information are strictly prohibited.

**From:** David Clem <dclem@johnstonclem.com>
**Sent:** Thursday, November 16, 2023 9:14 AM
**To:** Robert R. Feuille <Bfeu@scotthulse.com>
**Cc:** W. David Bernard <Dber@scotthulse.com>; Richard Kim <rkim@johnstonclem.com>
**Subject:** RE: Valley Chili v. Truist Bank; Case No. 3:23-cv-00420

****** EXTERNAL EMAIL ******

Good morning Robert—I just left a voicemail for you, but I wanted to get this proposal to you also. In short, the bank can't agree to a temporary injunction for a couple of reasons. First, we don't believe you can meet the standard of irreparable harm because your claim is for money only. Second, we don't believe your client can state a claim against the bank because no duty is owed.

Consider these alternatives:

- The bank has already frozen the available funds, which are about $5.8MM, and it intends to keep the freeze in place. We could agree in writing that the bank will keep the funds frozen until a court orders differently. We'd have to think about the wording, but that may provide the assurance your client is looking for.

- Or we could agree to an interpleader. The bank would file a third-party petition against its depositor client, for interpleader only. We would ask for an order that permits us to tender the funds into the court's registry, with fees paid from the funds, and then a discharge of the bank from the suit. I would ask for your agreement to the discharge before filing.

Just some thoughts. To avoid misunderstanding, this is a proposal to start a conversation; not an offer that can be accepted by email.

I'll be out of the office between 1030 to noon (central) today; otherwise available to talk. Feel free to phone Richard also if I'm unavailable—he's at 972-474-1751. Thanks.

David

David M Clem | Partner

Johnston Clem Gifford PLLC
Direct 972 474 1717 Mobile 972 465 0181

---

**From:** David Clem
**Sent:** Wednesday, November 15, 2023 7:11 PM
**To:** Robert R. Feuille <Bfeu@scotthulse.com>
**Cc:** W. David Bernard <Dber@scotthulse.com>; Richard Kim <rkim@johnstonclem.com>
**Subject:** RE: Valley Chili v. Truist Bank; Case No. 3:23-cv-00420

Good evening Robert. Thanks for including me on the filings; I appreciate the courtesy. We have the court's TRO and, as I said yesterday, the bank has frozen the available funds.

I am not sure whether the bank would agree to a temporary injunction or not but, if it does, I suspect it would be willing to agree only to a freeze or hold on the funds—not the document production part. It seems Judge Cardone is disinclined on that aspect also. I will speak with the bank tomorrow to see if we can reach an agreement to avoid the briefing and hearing schedule.

David

David M Clem | Partner
Johnston Clem Gifford PLLC
Direct 972 474 1717 Mobile 972 465 0181

---

**From:** Robert R. Feuille <Bfeu@scotthulse.com>
**Sent:** Wednesday, November 15, 2023 5:17 PM
**To:** Steve_Applegate@txwd.uscourts.gov
**Cc:** David Clem <dclem@johnstonclem.com>
**Subject:** Valley Chili v. Truist Bank; Case No. 3:23-cv-00420

**External:Sent from outside Johnston Clem Gifford**

---

Steve,

This a newly-removed lawsuit (removed the morning from the 205th District Court across the street).

We are representing the Plaintiff. The Plaintiff was seeking a TRO in the state court before removal, and is now having to ask Judge Cardone for the same relief, a TRO.

I have attached the Plaintiff's Application for TRO and the proposed TRO filed a few minutes ago.

May I ask the Judge for a hearing on the Application?

Thank you for your help.

(I have "cc'd" Defendant's counsel.)

**Robert R. Feuille**
*Shareholder*
**Direct:** 915.546.8213 **Main:** 915.533.2493 **Fax:** 915.546.8333
Bfeu@ScottHulse.com | ScottHulse.com

**ScottHulse PC** | The Value of Commitment ®

One San Jacinto Plaza

201 E. Main Dr., Suite 1100, El Paso, TX 79901

*Offices in El Paso and San Antonio, Texas, and Las Cruces, New Mexico*

**CONFIDENTIALITY NOTICE**

The information contained in this ELECTRONIC MAIL transmission is confidential. It also may be protected by and subject to the attorney-client privilege or be privileged work product or proprietary information. This ELECTRONIC MAIL transmission and the information contained in or attached as a file to it are intended for the exclusive use of the addressee(s). If you are not the addressee (or one of the addressees), you are not an intended recipient; if you are not an intended recipient, you hereby are notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information are strictly prohibited.