IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| VALLEY CHILE PROPERTIES, LLC, | § § | |
| Plaintiff, | § § | NO. 3:23-cv-00420-KC |
| vs. | § § § | |
| JASON M. TARTICK, | § § | |
| Defendant. | § | |

**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT
PERTAINING TO DEFENDANT JASON M. TARTICK**

TO THE HONORABLE CLERK OF THE COURT:

VALLEY CHILE PROPERTIES, LLC, Plaintiff, hereby submits this Request for Entry of Default Pertaining to Defendant JASON M. TARTICK. In support of this request, Plaintiff would refer the Clerk of the Court to FED. R. CIV. P. 55(a) and would also show as follows:

1. Plaintiff respectfully asks the Clerk of the Court to enter a notation upon the Clerk's Docket in this case reflecting the default of Defendant JASON M. TARTICK.

2. On October 17, 2024, with leave of the Court, Plaintiff filed its Fourth Amended Complaint in this case joining as Defendant JASON M. TARTICK (hereinafter "Defendant"). *See Plaintiff's Fourth Amended Complaint*, dkt. #48.

3. On October 22, 2024, the Clerk of the Court issued a summons for Defendant. *See Summons*, dkt. #49 at 1.

4. On October 28, 2024, the summons was served on Defendant personally. *See Proof of Service*, dkt. #49 at 2.

5. Defendant's answer was due on or before November 18, 2024.

6. The time for Defendant to answer has expired.

7. As evidenced by the Clerk's docket, Defendant has failed to appear or answer or otherwise defend, and Defendant has wholly made default.

8. Plaintiff's counsel represents that he has not been contacted by Defendant.

9. Defendant is an individual residing in Youngsville, North Carolina.

10. Defendant is not a minor or an incompetent person.

11. Defendant is not a member of any branch of the military service and was not such a member on the date the complaint was filed joining him as a defendant, according to our research.

12. In support of this request, Plaintiff refers to (a) FED. R. CIV. P. 55(a) (b) all of the pleadings and papers on file in this action, (c) that certain *Affidavit in Support of Plaintiff's Request for Clerk's Entry of Default Pertaining to Defendant Jason M. Tartick* filed contemporaneously herewith, and that (d) certain *Affidavit of Non-Military Service Pertaining to Defendant Jason M. Tartick* also filed contemporaneously herewith.

**FOR THESE REASONS,** Plaintiff respectfully asks the Clerk of the Court to enter the default of Defendant JASON M. TARTICK upon the Clerk's docket pursuant to FED. R. CIV. P. 55(a).

Respectfully submitted,

**SCOTTHULSE PC**
One San Jacinto Plaza
201 E. Main Street, Ste. 1100
El Paso, Texas 79901
(915) 533-2493
(915) 546-8333 Facsimile

By: /s/ *Robert R. Feuille*
**ROBERT R. FEUILLE**
Texas Bar No. 06949100
bfeu@scotthulse.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I served a true and correct copy of the forgoing on all counsel of record, if any, electronically, and was served upon Defendant Jason M. Tartik by first-class mail and by certified mail, return receipt requested:

    Jason M. Tartick    Certified Mail, Return Receipt Requested
    128 Marilou Lane    and First-Class Mail
    Youngsville, NC  27596

Due to the dismissal of former Defendant Truist Bank, former counsel of record for Truist Bank, Richard Kim and David Clem, have not been served.

    /s/ *Robert R. Feuille*
    **ROBERT R. FEUILLE**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| VALLEY CHILE PROPERTIES, LLC, | § | |
| | § | |
| Plaintiff, | § | NO. 3:23-cv-00420-KC |
| | § | |
| vs. | § | |
| | § | |
| JASON M. TARTICK, | § | |
| | § | |
| Defendant. | § | |

**AFFIDAVIT IN SUPPORT OF
PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT
PERTAINING TO DEFENDANT JASON M. TARTICK**

STATE OF TEXAS            )
                          )
COUNTY OF EL PASO         )

BEFORE ME, the undersigned authority, on this day personally appeared Robert R. Feuille, who being duly sworn upon, his oath stated as follows:

1. "My name is Robert R. Feuille. I am the attorney of record representing the Plaintiff in this case, VALLEY CHILE PROPERTIES, LLC. I am at least twenty-one years of age, of sound mind, and competent to make this affidavit. I have personal knowledge of the facts herein stated, and am able to swear, as I hereby do swear, that all of said facts and statements contained herein are true and correct.

2. "On October 17, 2024, with leave of the Court, Plaintiff filed its Fourth Amended Complaint joining JASON M. TARTICK as Defendant. *(See dkt. #48.)*

3. "On October 22, 2024, the Clerk of the Court issued a summons for Defendant JASON M. TARTICK ("Defendant"). *(See dkt. #49.)*

4. "As evidenced by the Proof of Service of the summons, Defendant was personally served with the summons and complaint in this case on October 28, 2024 at 128 Marilou Lane, Youngsville, North Carolina 27596. *(See dkt. #49.)*

5. "Defendant's answer was due on or before November 18, 2024.

6. "The time for Defendant to answer has expired.

7. "As evidenced by the Clerk's docket, Defendant has failed to appear or answer or otherwise defend, and has wholly made default.

8. "Defendant has not contacted or corresponded with the undersigned Plaintiff's counsel.

9. "According to the account signature card for Defendant's account at Truist Bank, the account into which Plaintiff's wire transfer funds were deposited, which signature card was provided by Defendant to Truist Bank on November 1, 2023 (a true copy of which signature card is attached hereto as Exhibit "A" and incorporated herein by reference),

   a. Defendant is an individual residing in Youngsville, North Carolina, and

   b. Defendant was born on July 13, 1976 and is not a minor or an incompetent person.

10. "Plaintiff is a sole-member limited liability company organized and operated under the laws of the State of Texas, whose sole member is a resident of the State of Texas.

11. "The amount in controversy exceeds $75,000.00.

12. "According to our research, Defendant is not a member of any branch of the military."

_____
ROBERT R. FEUILLE
Affiant

Page 3 of 4

SIGNED AND SWORN TO BEFORE me, the undersigned authority, on this 17 day of January, 2025.



SARAI FERMAN
My Notary ID # 132139639
Expires August 21, 2027

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

# EXHIBIT "A"

Truist Bank Signature for
Jason M. Tartick Account No. 1340023171456

**TRUIST SIGNATURE CARD (NORTH CAROLINA)**

| NAME AND ADDRESS OF DEPOSITOR(S) | | | |
|---|---|---|---|
| JASON M TARTICK | | | |
| 128 MARILOU LN | | | |
| YOUNGSVILLE | NC 27596-9448 | | |
| ACCOUNT NUMBER | OWNERSHIP DESIGNATION | ACCOUNT OPENING DATE | REVISED CARD DATE |
| ███████456 | Individual | 02/03/2023 | |

Opened/Updated By ANDREW W BASS  18149  Approved By _____  Branch Location  6013021

**IDENTIFICATION (Primary Account Holder)**

Type of ID _DLIC_  Issued By _NC_  ID Number ████8867  Expiration Date _07/13/2023_  Date of Birth ██ 1976

Second Type of ID ____ Issued By ____ ID Number ____ Expiration Date ____

Employer ____  Cell Phone Number (919) 524-5518  Home Phone Number (919) 875-0169

Address as listed on ID ____  Work Phone Number (___) ____

**IDENTIFICATION (Secondary Account Holder)**

Type of ID ____ Issued By ____ ID Number ____ Expiration Date ____ Date of Birth ____

Second Type of ID ____ Issued By ____ ID Number ____ Expiration Date ____

Employer ____  Cell Phone Number (___) ____  Home Phone Number (___) ____

Address as listed on ID ____  Work Phone Number (___) ____

Certification - Under penalties of perjury, I, certify that:
1. My correct taxpayer identification number is printed below (or I am waiting for a number to be issued), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding and
3. I am a U.S. citizen or other U.S. person (defined in the instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to a backup withholding because you have failed to report all interest and dividends on your tax return.

Each non-resident alien depositor must complete a separate W-8 and not complete the above declarations.

I understand that if a taxpayer identification number is not provided to the bank within 60 days, the account may be closed.

**BY MY SIGNATURE, I HEREBY CERTIFY THAT:** (1) the type of ownership designated is correct; (2) I have opened a personal account and received the "Truist Bank Service Agreement", the "Truist Interest Rate Schedule" or Client Summary with interest rates, and the "Personal Deposit Accounts Fee Schedule" and agree to accept terms of each document; (3) I give permission to Truist to verify any bank or credit references, and (4) I have read and understand this signature card, confirm that it is completed correctly and agree to its terms and disclosures.

**INDIVIDUAL ACCOUNT**

I understand that the funds in the account belong to me and that upon my death the funds remaining in the account may be controlled by my will or estate and may be inherited by my heirs.

Please sign beside the Printed Name(s) only. If signature line does not have a Printed Name, then a signature is not required on that line.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications in the box above which are required to avoid backup withholding.*

| ███████049 | JASON M TARTICK |  | 02/03/2023 |
|---|---|---|---|
| SSN/TIN/EIN | Printed Name | Signature of Depositor | DATE |

| | | | |
|---|---|---|---|
| SSN/TIN/EIN | Printed Name | | DATE |

DDASIGXXX1021340023171456

8005XX_50 (2110)

Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| VALLEY CHILE PROPERTIES, LLC, | § § | |
| Plaintiff, | § § | NO. 3:23-cv-00420-KC |
| vs. | § § § | |
| JASON M. TARTICK, | § § | |
| Defendant. | § § | |

## AFFIDAVIT OF NON-MILITARY SERVICE
## PERTAINING TO DEFENDANT JASON M. TARTICK

STATE OF TEXAS            )
                          )
COUNTY OF EL PASO         )

BEFORE ME, the undersigned authority, on this day personally appeared Robert R. Feuille, who being duly sworn upon his oath stated as follows:

1. "My name is Robert R. Feuille. I am the attorney of record representing the Plaintiff in this case, VALLEY CHILE PROPERTIES, LLC.

2. "I am over 21 years of age, of sound mind, and competent to make this affidavit. I have personal knowledge of the facts herein stated, and am able to swear, as I hereby do swear, that all of said facts and statements herein are true and correct.

3. "On January 16, 2025, I reviewed or caused to be reviewed the Servicemembers Civil Relief Act ("SCRA") website, which has been established by the United States Department of Defense to determine if individuals are on active duty in the military. My review included a search of records regarding JASON M. TARTICK. I have determined that JASON M. TARTICK was not in military service when this suit was filed and is not now in any military

service of the United States of America. A copy of the search results provided to me by the SCRA website is attached hereto and incorporated by reference as if copied herein verbatim.

_____
**ROBERT R. FEUILLE**
Affiant

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 17 day of January, 2025.

Notary's Official Seal:

SARAI FERMAN
My Notary ID # 132139639
Expires August 21, 2027

_____
NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

Department of Defense Manpower Data Center



Status Report
Pursuant to Servicemembers Civil Relief Act

SSN:              XXX-XX-2049
Birth Date:       Jul-XX-1976
Last Name:        JASON
First Name:       TARTICK
Middle Name:
Status As Of:     Oct-17-2024
Certificate ID:   ZYWGF14R7HSJ8K1

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Jan-16-2025 12:48:30 PM EST

SCRA 5.23



Status Report
Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-2049 |
| Birth Date: | Jul-XX-1976 |
| Last Name: | TARTICK |
| First Name: | JASON |
| Middle Name: | |
| Status As Of: | Jan-16-2025 |
| Certificate ID: | NPG93JHB5V077CV |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.