IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| VALLEY CHILI PROPERTIES, LLC, | § § § | |
| Plaintiff, | § | |
| v. | § § | CAUSE NO. EP-23-CV-420-KC |
| TRUIST BANK and JASON M. TARTICK, | § § § § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the parties' Agreed Motion to Withdraw Clerk's Entry of Default ("Motion"), ECF No. 70. On January 23, 2025, following several months of non-responsiveness, the Clerk of Court entered default against Defendant Jason M. Tartick. Entry Default, ECF No. 54.

But on February 12, Tartick appeared by submitting a Correspondence, ECF No. 59, in which he stated that he had never been personally served. The Court construed that Correspondence as a motion to set aside entry of default. *See* Feb. 14, 2025, Order 1–2, ECF No. 60. Plaintiff initially opposed the motion, arguing that Tartick had not shown good cause to warrant relief. Pl.'s Am. Resp., ECF No. 64. After Tartick failed to reply, the Court ordered him to submit evidence that he was never served by no later than May 1. *See* Apr. 10, 2025, Order 2, ECF No. 65.

When Tartick failed to meet that deadline, the Court ordered him to show cause by May 9 and explain how he intended to proceed in this matter. May 2, 2025, Order 2, ECF No. 69. The Court also instructed the parties to file notice if they had reached an agreement to set aside default. *Id.*

The parties have now filed such notice, confirming that they agreed to set aside the default on April 19. Mot. 2. They jointly request that Tartick be given until June 6 to file a responsive pleading. *Id.* Upon due consideration, the Motion, ECF No. 70, is **GRANTED**.

Accordingly, it is **ORDERED** that the Clerk's Entry of Default, ECF No. 54, is **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment, ECF No. 58, is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Tartick's must file a responsive pleading by **no later than June 6, 2025**.

**IT IS FURTHER ORDERED** that the parties meet, confer, and submit a joint report of parties' planning meeting as specified in the Court's Standing Order on Pretrial Deadlines by **no later than July 21, 2025**.

Finally, the Court **FINDS** that the parties' agreement to set aside default suffices to show good cause for Tartick's failure to submit supporting evidence by May 1.

**SO ORDERED.**

SIGNED this 7th day of May, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE